☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

PopExpert, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

None

3. **Debtor's federal Employer Identification Number (EIN)**

4 6 – 1 3 1 8 8 6 8

4. **Debtor's address**

**Principal place of business**

1   Beach Street, Suite 300
Number   Street

San Francisco   CA   94102
City   State   ZIP Code

County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City   State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City   State   ZIP Code

5. **Debtor's website (URL)**

www.popexpert.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

American LegalNet, Inc.
www.FormsWorkFlow.com

| 7. | **Describe debtor's business** |
|---|---|

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |
|---|---|

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** |
|---|---|
| | If more than 2 cases, attach a separate list. |

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY

                 District _____  When _____  Case number _____
                                         MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** |
|---|---|
| | List all cases. If more than 1, attach a separate list. |

☑ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                                                MM  /  DD  / YYYY

       Case number, if known _____

American LegalNet, Inc.
www.FormsWorkFlow.com

Case: 16-30390    Doc# 1    Filed: 04/12/16    Entered: 04/12/16 12:37:21    Page 2 of 79

**11. Why is the case filed in *this* *district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street | | |
|---|---|---|---|
| | | | |
| City | | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000
☑ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000      ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

---



**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04   12   2016
              MM / DD / YYYY

X _____     Ingrid Sanders
Signature of authorized representative of debtor     Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X _____     Date   04   12   2016
Signature of attorney for debtor                   MM / DD / YYYY

Ori Katz
Printed name

Sheppard Mullin Richter & Hampton
Firm name

Four        Embarcadero Center, 17th Floor
Number      Street

San Francisco                             CA         94111
City                                      State       ZIP Code

415-774-9100                              okatz@sheppardmullin.com
Contact phone                             Email address

209561                                    CA
Bar number                                State



American LegalNet, Inc.
www.FormsWorkFlow.com

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF POPEXPERT, INC.
## AUTHORIZING FILING OF CHAPTER 11 PETITION AND OTHER RESOLUTIONS

The undersigned, who is the sole member of the board of directors (the "Board") of PopExpert, Inc., a Delaware corporation (the "Company"), does hereby CONSENT TO, APPROVE AND ADOPT the following resolutions pursuant to the Company's bylaws and the Delaware General Corporate Law:

WHEREAS, the Board has considered the financial condition and circumstances of the Company, including without limitation the assets and liabilities of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's operational performance;

WHEREAS, the Board reviewed, considered and received the recommendations of the Company's management and professional advisors as to the relative risks and benefits of a bankruptcy proceeding; and

WHEREAS in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, its equity holders and other stakeholders, that the Company be authorized and empowered to file, at such time, if any, as is deemed appropriate by an authorized officer of the Company, a voluntary petition for relief (a "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), for the purpose of initiating a bankruptcy case (the "Bankruptcy Case") for the Company and restructuring its financial affairs and for all other lawful purposes under the Bankruptcy Code.

NOW THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, taking into consideration factors and information deemed relevant by the Board, it is desirable and in the best interest of the Company, its creditors, its equity holders and other stakeholders, that the Petition be filed on behalf of the Company;

RESOLVED FURTHER, that filing of the Petition on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that Ingrid Sanders and any other officer or person designated and so authorized to act (each, an "Authorized Officer" and collectively, the "Authorized Officers") acting alone or together, be, and each is hereby authorized, empowered and specifically directed on behalf of, and in the name of, the Company, (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

RESOLVED FURTHER, that in connection with the foregoing, each of the Authorized Officers, acting alone or together, is hereby designated as the individual with primary and/or sole responsibility for handling matters in the Bankruptcy Case;

RESOLVED FURTHER, that each of the Authorized Officers is authorized and empowered, on behalf of and in the name of the Company to execute, verify and file with the Bankruptcy Court, or cause to be executed, verified and/or filed with the Bankruptcy Court (or direct others to do so on his or her behalf) all necessary documents, including, without limitation, the petitions, schedules, lists, motions, applications and other papers and documents necessary or desirable in connection with the Bankruptcy Case and to take any and all other actions deemed necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the case;

RESOLVED FURTHER, that each of the Authorized Officers is authorized and empowered to retain on behalf of the Company, the law firm of Sheppard Mullin Richter & Hampton LLP as bankruptcy counsel, to render legal services to, and to represent the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve;

RESOLVED FURTHER, that each of the Authorized Officers is authorized and empowered to retain on behalf of the Company, A. Kyle Everett of Development Specialists, Inc. as Chief Restructuring Officer for the Company in connection with such proceedings and all other related matters in connection therewith, on such terms as the person retaining such firm shall approve;

RESOLVED FURTHER, that each of the Authorized Officers is authorized and empowered on behalf of, and in the name of, the Company to retain such other professionals to assist in the Company's Bankruptcy Case on such terms as are deemed necessary, proper, or desirable;

RESOLVED FURTHER, that any and all actions taken by any of the Authorized Officers pursuant to the foregoing resolutions are hereby approved; and

RESOLVED FURTHER, that any and all past actions heretofore taken by officers or directors of the Company in the name of or on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted;

Dated: April 12, 2016

Ingrid Sanders
Sole Member of the Board and CEO

Case: 16-30390   Doc# 1   Filed: 04/12/16   Entered: 04/12/16 12:37:21   Page 6 of 79

Debtor name __PopExpert, Inc.__

United States Bankruptcy Court for the __Northern__ District of __California__
(State)

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | OMC 322 Presidio Ave., Unit 1 San Francisco, CA 94115 | Aaron Kahlow 415-725-2800 aaronpkahlow3@gmail.com | Convertible and Cash Promissory Note | Disputed | | | $2,925,000 |
| 2 | Pacific Sequoia Holdings LLC 250 University Avenue, #400 Palo Alto, CA 94301 | Alan Chang 650-331-8800 achang@capricornllc.com | Convertible Note | | | | $1,578,137 |
| 3 | Learn Capital 20 E. 3rd Avenue San Mateo, CA 94401 | Paul Strange 650-458-6400 paul@learncapital.com | Convertible Note | | | | $1,165,025 |
| 4 | EVC Twenty Holdings LLC 250 W. 57th Street Room 1401 New York, NY 10107 | Ryan Melohn 212-265-1220 ryan@expansionvc.com | Convertible Note | | | | $317,721 |
| 5 | Rockstar Group 720 California Street San Francisco, CA 94108 | Mike Walsh 415-602-7060 mike@structure.vc | Convertible Note | | | | $211,310 |
| 6 | Joseph Garner 3668 Mississippi Street San Diego, CA 92104 | Scott Chisholm 617-694-7963 scot@classy.org | Convertible Note | | | | $211,222 |
| 7 | SD Squared Holdings Limited 301 Mission Street San Francisco, CA 94105 | Sachin Duggal 415-640-2298 sachin@sachinduggal.com | Convertible Note | | | | $158,860 |
| 8 | Box Group LLC 41 Union Square West New York, NY 10003 | Adam Rothenberg 914-393-7888 adam@arothenberg.com | Convertible Note | | | | $106,071 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 WGI Group LLC 63 Madison Avenue 28th Floor New York, NY 100101 | Noah Goodhart 917-848-8607 noah@moat.com | Convertible Note | | | | $105,945 |
| 10 Summit Mountain Holding Group LLC 3632 N. Wolf Creek Drive Eden, Utah 84310 | Greg Mauro 858-752-4262 greg@summit.com | Convertible Note | | | | $105,458 |
| 11 Cooley LLP 101 California Street 5th Floor San Francisco, CA 94111 | Peter Werner 415-693-2172 pwerner@cooley.com | Trade Payables | | | | $58,572 |
| 12 Leland Investments Inc. 509 7th Street NW Washington, DC 20004 | Mark Ein 202-654-7000 mark@venturehousegroup. com | Convertible Note | | | | $52,940 |
| 13 Jonathan Segal 20659 Rockcroft Drive Malibu, CA 90265 | Jonathan Segal 310-892-5454 segal.js@gmail.com | Convertible Note | | | | $52,918 |
| 14 Jed Investments LLC 91 Beacon Street, Unit 1 Boston, MA 02108 | Justin Dangel 617-875-8009 Justin.dangel@goji.com | Convertible Note | | | | $52,886 |
| 15 Derek Handley P.O. Box 106294 Auckland City, Auckland, 1143 New Zealand | Nick Winstone 917-517-6853 nick@aera.nz | Convertible Note | | | | $51,203 |
| 16 American Express - Credit Cards P.O. Box 360001 Fort Lauderdale, FL 33336 | Billing Department 800-653-1693 csgsupport@service.americ anexpress.com | Credit Card Debt | | | | $45,000 |
| 17 Jeremy Hinman Revocable Trust 1755 Filbert Street San Francisco, CA 94123 | Jeremy Hinman 206-769-8215 jeremy.hinman@gmail.com | Convertible Note | | | | $31,751 |
| 18 Michael Chasen 8917 Holly Leaf Lane Bethesda, MD 20817 | Michael Chasen 202-255-7241 Michael@socialradar.com | Convertible Note | | | | $31,742 |
| 19 Miki Agrawal 163 N. 6th Street #B14 Brooklyn, NY 11211 | Miki Agrawal 917-282-4493 miki@shethinx.com | Convertible Note | | | | $26,401 |
| 20 Radha Agrawal 101 Bedford Avenue, B306 Brooklyn, NY 11211 | Radha Agrawal 917-687-7352 radhatwin@gmail.com | Convertible Note | | | | $26,326 |

Case: 16-30390   Doc# 1   Filed: 04/12/16   Entered: 04/12/16 12:37:21   Page 8 of 79

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

◼ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/12/2016          ✗ _____
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                   Ingrid Sanders
                                   Printed name

                                   Chief Executive Officer
                                   Position or relationship to debtor

## United States Bankruptcy Court
### Central District of California

In re    PopExpert, Inc.                                                    Case No.    16-

                                        Debtor                             Chapter      11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Rob Cameron<br>1200 Regatta Court<br>San Marcos, CA 92078<br>760-672-5123<br>cannikinn@gmail.com | Common Stock and FF Preferred Stock | 300,000 shares<br>450,000 shares | Stock |
| Ingrid Sanders<br>2426 Greenwich Street<br>San Francisco, CA 94123<br>917-415-0277<br>Ingrid@solela.com | Common Stock and FF Preferred Stock | 28,333,333 shares<br>5,000,000 shares | Stock |
| Geoffrey Skow<br>2656 Van Ness Avenue #6<br>San Francisco, CA 94109<br>480-861-5873<br>skowgeoffreyw@gmail.com | Common Stock | 583,332 shares | Stock |
| Jeremy Thomas<br>2912 Steiner Street<br>Apt. #4<br>San Francisco, CA 94123<br>720-937-5718<br>jgrahamthomas@gmail.com | Common Stock and FF Preferred Stock | 1,666,666 shares<br>2,500,000 shares | Stock |
| Wiggin LLC<br>P.O. Box 1200<br>Palo Alto, CA 94302<br>650-804-7101<br>tom@apercent.com | Series Seed Preferred Stock | 33,333,333 shares | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the undersigned authorized officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April 12, 2016                          Signature _____

                                                Ingrid Sanders, Chief Executive Officer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Case: 16-30390    Doc# 1    Filed: 04/12/16    Entered: 04/12/16 12:37:21    Page 11 of 79

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
2 | Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
3 | ROBERT K. SAHYAN, Cal. Bar No. 253763
MATT R. KLINGER, Cal. Bar No. 307362
4 | Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
5 | Telephone:    415-434-9100
Facsimile:    415-434-3947
6 | Email:    okatz@sheppardmullin.com
rsahyan@sheppardmullin.com
7 | mklinger@sheppardmullin.com

8 | Proposed Counsel for Debtor, PopExpert, Inc.

9 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re | Case No. 16- |
| PopExpert, Inc., | Chapter 11 |
| Debtor. | **POPEXPERT, INC.'S CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1** |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

Name:      Wiggin LLC
Address:   P.O. Box 1200
           Palo Alto, CA 94302

Dated: April 12, 2016

By: _____
INGRID SANDERS
Chief Executive Officer of
PopExpert, Inc.

-1-

SMRH:476352492.1                                      CORPORATE OWNERSHIP STATEMENT

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration   Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/12/2016              ✗ _____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                       Ingrid Sanders
                                       Printed name

                                       Chief Executive Officer
                                       Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Alexandra Erman
1501 Albany Terrace,
Albany, CA  94706


BMA-Colorado
2459 So. Ammons St
Lakewood, CA  80227 USA


Business.com
PO Box 204112
Dallas, TX 75320-4112


Clayton Wood
1822 Page Street
San Francisco, CA  94117


Peter Werner
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800


Elixiter Inc
135 E. Main
Bozeman, MT  59715


Noah Hopton
Foresight ASG, Inc.
699 Mississippi St., Apt 104
San Francisco, CA  94107


Margaret Johnson
Genoo LLC
1405 N. Lilac Drive #215
Golden Valley, MN  55422

Erin Karp
Karp Business Law
5516 17th Ave. NW
Seattle, WA  98107


Krutilla & Associates
350 N. Wiget Ln; Ste 150
Walnut Creek, CA  94598


Laura Sampson
250 Somerset Street
San Francisco, CA  94134


Monkey Brains
635 Potrero Ave
San Francisco, CA  94110


James Taylor
P3 Music LTD
Incheoch Cottage, Alyth
Perthshire  PH118HJ, UK


Gabe Luna Ostaseski
Upshift Partners
1550 17th Street
San Francisco, CA  94107


Ingrid Sanders
2426 Greenwich Street
San Francisco, CA 94123


Jeremy Thomas
2912 Steiner Street
Apt. 4
San Francisco, CA 94123

Geoff Skow
2656 Van Ness Avenue, #6
San Francisco, CA 94109


Rob Cameron
1200 Regatta Ct.
San Marcos, CA 92078


Wiggin LLC
Attn: Tom van Loben Sels
P.O. Box 1200
Palo Alto, CA 94302


Emily Slade
1023 Elkgrove Ave #4
Venice, CA  90292


Aaron Kahlow
322 Presidio Ave, Unit 1
San Francisco, CA  94115


Kate Shields
267 Central Ave
San Francisco, CA  94117


Lianna Turchin
100 Varennes St, Apt 2
San Francisco, CA  94133


Kenneth La
2523 42nd Ave
San Francisco, CA  94102

Alyssa Andrade
1943 Page Street #4
San Francisco, CA  94117


Jason Bliss
2045 Barry Ave
Los Angeles, CA  90025


Mike Angiletta
265 W. Grand Avenue
Astoria, OR  97103


Rolando Garcia
HRG Works
24310 Copperhead Circle
Murrieta, CA  92562


Randall Potter
Intentionally Blank LLC
307 Serrano Drive
San Francisco, CA  94132


Andrew James Benson
A Happy Project LLC
576 Guerrero #2
San Francisco, CA  94110


Sean Sullivan
Today College Tour Inc.
198 Judah St
San Francisco, CA  94122


Emily Everett
3 Hampton Ave #26
Northamton, MA  1060

Alesia Brady
1824 C St
Forest Grove, OR  97116


Justin Harris
2852 Bryant Street
San Francisco, CA  94110


Kodiak Drewry
PO Box 531
Forest Knolls, CA  94933


Amelia Cary
PO Box 273
Rancho Santa Fe, CA  92067


Michelle Cameron Donaldson
388 Old Clyde Park Rd
Livingston, MT  59047


Falisa Gmbh Frank Schmidt
Auguststrasse 50 b
Berlin
BE  10119
DE


Susan Erway
7009 Evans Town Center Blvd.
Evans, GA 30809


Laura Hunt
PO Box 1338
Decatur, IL 62525

Heather Ayris
182 Pamlico Lane
Mooresville, NC 28117


Alexandre Kota
3009 Ira Young Dr Apt 505
Temple, Texas  76504-6311


Meghan Brockmeyer
154 North 7th Street
Brooklyn, NY  11249


Jennifer Holmes
320 Sussex Drive
Ottawa, ON  K1A0G8


Joe Chen
4f., No.70, Zihyou St., Yonghe Dist.
New Taipei City, Taiwan  23445


Alexander Sinclair
447 Ronning St
Edmonton, AB  T6R1Z2


Ariana Nikora
Level 2, 18 Stanley Street
Auckland,
Parnell 1010 NZ


Jill Shippy
39600 Orchard Hill Place
Novi, MI  48375

Hua Wan
No.4555 Yindu Road, Minhang Industry
Park, Sandvik International Trading
(Shanghai) Company Limited
Shanghai, Shanghai  201108, CN


Mark Bentum
109-20 Falstaff Avenue
Toronto, ON  M6l 2C8


Diane Allen
400 Pennington Ave
Trenton, NJ 08618


Dawn Thompson
6108 Beckett Station Court
West Chester, OH 45069


Amy Wolf
65 Allschwillerweg
Binningen, BL  4102 CH


Seble Seyoum
45580 Shepard Dr #13
Sterling, VA  20134


Rebecca Vilky
4600 Silver Hill Road
Washington DC  20233


Lalonie Farnell
3980 G Airport Blvd
Mobile, AL  36608

Kenya Halliburton
3602 McEwen Dr
Huntsville, AL  35810


Rebecca Levinson
1847 Havens Drive
Woodstock, IL  60098


Nguyen Anh Tuan
20c Hoa Lu
Nha Trang
Khanh Hoa 84 VN


Nicholas Wilson
11 Stanwix, 5th Floor
Pittsburgh, PA  15222


Anne Fischer
23 Orchard Road
Skillman, NJ  08558


Colby Villa
3734 E Kristal Way
Phoenix, AZ  85050


Kimberley DeLauro
1278 Rocky Point Dr.
Oceanside, CA  92056


SRINIVASAN A
# 57/C, 31st Cross, 2nd Main
7th Block jayanagar
Bangalore, KARNATAKA 560082

Dawn Rutkoski
PO Box 339
Masonville, NY  13804


Muhammad Tanveer Iqbal
P.O. Box 3533
Al Ma'ather Street
Riyadh, Riyadh  11481 SA


Brad Monaghan
PO Box 229
Darlinghurst, NSW  1300 AU


Suzanne Ross
8600 W. Bryn Mawr
Chicago, IL  60631


Teresa Jefferson
Box 571253
Washington, DC  20007


Ana Maria Henao
1450 Brickell Avenue Suite 3400
Miami, FL  33131


Shahram Sani
13671 Georgia Ave
Silver Spring, MD  20906


Jennifer Webb
7593 Winding Way
Fishers, IN  46038

James Meacham
204 East Innes Street, Suite 120
Salisbury, NC  28144


Irene Dobies
211 Oak St.
Lakewood, NY  14750


Michelle Aldred
1818 St. Albans Drive
Suite 104
Raleigh, NC  27609


Hadid Huque
2909 - 5 Concorde Place
Toronto, Ontario  M3C3M8 AE


Steven Kraiss
2975 Lone Oak Drive Suite 180
Eagan, Minnesota  55121


Alexis Nascimento
2390 Black Oak St.
Turlock, CA  95382


Sharon Strauss
3101 Manhattan Ave
Hermosa Beach, CA  90254


Kerry Benik
1501 West Cleveland Street
Tampa, FL  33606

Patrick Guillory
330 Marietta St NW
Atlanta, GA  30313


Victoria Frantz
22285 N. Pepper Rd.,
Suite 307
Lake Barrington, IL  60010


Karen Hatfield
1568 Independence Ave.
Glenview, IL  60026


Belinda Speedy
13428 Maxella Ave #508
Marina Del Rey, CA  90292


Evan Minskoff
335 Carroll Street, 4c
Brooklyn, NY  11231


Tony Neesham
20 Thompson Road
Branford, CT  06405


Julie Smithey
5525 Reitz Ave
Baton Rouge, LA  70809


Napasorn Poopichpong
11th floor, Unit 1101, 1104
Exhange Tower, 388 Sukhumvit Rd.
Klongtoey Bangkok Klongtoey  10110
Thailand

Suzanne Paulisch
Emdalavägen 14
Lund, Skane   22369 SE


Dalia Masad
450 Seventh Avenue Suite 1509
New York, NY   10123


Dawn Williams
Raffin House
Castletown Kp
Navan, Meath   0 IE


Kent Keilback
12285 Yonge Street
Richmond Hill, ON   L4E 3M7


Trevor Hanes
701 B Street Ste.100
San Diego, California   92101


Tanya Baughman
300 Barks Rd. E.
Marion, OH   43302


Franca Spano
10423-101 Street
Edmonton, AB   T5H 0E7 CA


Zac Parsons
10423 101 Street NW
Edmonton, AB   T5H0E7 CA

Susan D Groveman
2066 East Mountain Street
Pasadena, CA   91104


Leena Munjal
13/7f
Parkes Street
Parramatta, NSW   2150 AU


Heather Schultz
2550 S 170th Street
New Berlin, WI   53151


Pamela Paz
Calle 5 Surco
Lima, Lima
Lima 33 PE


Jill Buck
6976 Winter Ridge Lane
Castle Pines, CO   80108


Melessia Jones
1540 Genessee Street
Kansas City, MO   64102


The Thang Tran
343 Tran Cung
Tu Liem, Ha Noi   84 VN


Jennifer Wallis
426-119 West Pender Street
Vancouver
British Columbia   6VB IS5
Canada

Claudia Alvarez
343 Gold Street
Brooklyn, New York  11201


Nikki Sakelliou
90 N Coasy Hwy 101
Encinitas, CA  92024


Robert Barnes
Suite 9.1 Graphix Row
160 Bourke Road
Alexandria, NSW  2015 AU


Ilene Tanen
12 S. Main Street
Norwalk, CT  6854


Charlene Bailey
3 Evergreen Drive
Bethel, CT  6801


Stephanie Fuller
1400 Independence Ave., SW
3141-South
Washington, DC  20250


Christopher Apuzzo
36 Summit Avenue
Gillette, NJ  07933


Marshall Hoffman
P.O. Box 1196
Tres Pinos, CA  95075

Kelly Kowalchuk
2200, 10423 101 Street
Edmonton, AL  T5H 0E7


Richard Lindner
120 Granite Lane
Austin, TX  78737


Andrea Cole
5825 Carnegie Blvd.
Charlotte, NC  28209


Shannon Enochs
254 W. Harvard Blvd. Ste B
Santa Paula, CA  93060


Wilma Lopez
4770 Buford HWY
MS F61
Atlanta, GA  30341


Ashlie Hannah
8760 Orion Place
Suite 100
Columbus, OH  43240


C S Wohlfarth
815 Central Ave
Nebraska City, NE  68410


Kelly Kowalchuk
2200 10423 101 St
Edmonton, AL  T5H 0E7

Zac Parsons
10423 101 Street NW
Edmonton, AB  T5H0E7


Aaron Kahlow
322 Presidio Avenune, #1
San Francisco, CA  94115


Marla Hoskins
21455 Hot Springs Rd.
Desert Hot Springs, CA  92241


Brittany Liddon
8208 Hangar Loop Dr
MacDill AFB, FL  33621


Karen Christensen Araujo
388 S. York St.
Elmhurst, IL  60126


Nona Tajanlangit
6th Floor, 1880 Avenune Bldg.,
Eastwood City
Quezon City, Metro Manila  1110
Philippines


Whitney Kane
515 Post Oak Blvd
Suite 300
Houston, TX  77027


David Barak
2753 Crescent Street
Astoria, NY  11102

Rachael Parker
2405 Woodlake Drive
Okemos, MI  48864


Santiago Garces
4500 Biscayne Blvd.
Miami, Florida  33137


Wilma Lopez
4770 Buford HWY
MS F61
Atlanta, GA  30341


John Pitrus
804 Woburn Street
Wilmington, MA  01887


Elaine Mikesell
1530 South State Street, #506
Chicago, IL  60605


Ron Irvin
3122 Fire Road Suite 202
Egg Harbor Township, New Jersey  08234


Trevor Hanes
701 B Street, Ste 1000
San Diego, California  92101


Veronica Micklin
8600 W. Bryn Mawr Avenue
Chicago, Illinois  60631

James Brown
200 Public Square STE 3900
Cleveland, OH  44114


Wendy Soucie
Parker-Hannifin Corporation
6035 Parkland Boulevard
Cleveland, OH  44124-4141


Corporate Secretary
Parker-Hannifin Corporation
6035 Parkland Boulevard
Cleveland, OH  44124-4141


Alan Gaffney
Parker-Hannifin Corporation
6035 Parkland Boulevard
Cleveland, OH  44124-4141


Sharon Hasebein
Parker-Hannifin Corporation
6035 Parkland Boulevard
Cleveland, OH  44124-4141


Venus Lanzot-Lewis
Metropolitan Property and Casualty Insurance Company
700 Quaker Lane
P.O. Box 350
Warwick, RI  02887


Marina De La Torre
MINDBODY, Inc
4051 Broad Street, Suite 220
San Luis Obispo, CA  93401


General Counsel
MINDBODY, Inc
4052 Broad Street, Suite 220
San Luis Obispo, CA  93401

Annie Woo
MINDBODY, Inc
4052 Broad Street, Suite 220
San Luis Obispo, CA  93401


Cortney Vanier
Harlequin Enterprise Limited
225 Duncan Mill Road,
Toronto, Ontario, M3B 3K9
Canada


Brent Lewis
Harlequin Enterprise Limited
P.O. Box 5190
Buffalo, NY  14240-519


Lesly Simmons, Pres.
Digital District Group
635 Clayton Street #1
San Francisco, CA  94117


Ryan Phelan
Acxiom Corporation
601 East Third Street
Little Rock, AR  72201


Carol Gronlund
ZENO GROUP, LLC
200 E. Randolph St., 52nd Floor
Oak Park, IL


John Kerr
ZENO GROUP, LLC
111 Somerset Road #08-03
Singapore  238164


Ali Rothrock
ZENO GROUP, LLC
200 E. Randolph St., 52nd Floor
Oak Park, IL  60601

Lisa Smitn
Tata Communications
700 Airport Boulevard
Burlingame, CA  94010


Nancy Willis
LinkedIn Singapore
10 Marina Boulevard,
Marina Bay Financial Centre Tower 2 Level 30
Singapore  18983


Sharon McCooey
LinkedIn Ireland
Gardner House Wilton Place, Wilton Plaza
Dublin 2
Ireland


John Baker
J Walter Thompson
466 Lexington Avenue, 4th Fl.
New York, NY  10017


Laura Agostini, Chief Talent Officer
J Walter Thompson
466 Lexington Avenue, 4th Fl.
New York, NY  10017


Martha Velasquez,
J Walter Thompson
466 Lexington Avenue, 4th Fl.
New York, NY  10017


Rohit Prabhakar
McKesson Corporation
One Post Street, 11th floor
San Francisco, CA  94104


Ulli Muenker
McKesson Corporation
One Post Street, 11th floor
San Francisco, CA  94104

Adam Ferenzi
BigCommerce
1305 Four Points Drive, Building II, 3rd Floor
Austin, TX  78726


Robert Alvarez
BigCommerce
1305 Four Points Drive, Building II, 3rd Floor
Austin, TX  78726


Corey D. Pennington
Caterpillar
501 SW Jefferson Ave.
Peoria, IL  61629


Jeffrey Bowman
Caterpillar
100 Northeast Adams St.
Peoria, IL  61629


Karen MacKenzie
Caterpillar
100 Northeast Adams Street
Peoria, IL  61629


Barbara Henricks
Cave Henricks Communicaitons
3006 Bee Cave Rd
Austin, TX  78746


Stephen Corsi
Lewis PR
575 Market Street Suite 1200
San Francisco, CA  94105


Gina Nykerk
Colorado American Marketing Association (CO+AMA)
PO Box 460155
Denver, CO  80246

Gaëlle Callnin
Colorado American Marketing Association (CO+AMA)
PO Box 460155
Denver, CO  80246


Katie Carlson, katie@womma.org
Word Of Mouth Marketing Association (WOMMA)
65 E. Wacker Place, STE 500
Chicago, IL  60601


Minyen Tan
50 amber road #21-03
Singapore Singapore 439888 SG


Jessica Sauceda
161 Business Park Dr
Virginia Beach VA 23462


Christopher Faville
6512 Bayview Dr
Oakland CA 94605


Josh Harmon
1048 Irvine Ave Suite 519
Newport Beach CA 92662


Aaron Arter
2211 Chaseford Lane
Powder Springs GA 30127


Marie-Laure Susset
Rue de Malagny 19
Gland
1196 CH

Brent Taylor
4039 Wilkens Avenue
Baltimore MD 21229


Nuno Barata
Centro de NegÃ³cios da Maia
Rua Albino JosÃ© Domingues,
581 Maia Porto 4470-034 PT


Jeanne Idoni
69 Glen Road #2D
Eastchester NY 10709


Jessica Kim
9552 Montanza Way
Buena Park CA 90620


Kirsty Mills
The Town House
114-116 Fore Street
Hertford AL SG14 1AJ


Leighton Campbell
Suite 20, Technology Innovation Center,
UTECH 237 Old Hope Rd
Kingston 6 Kingston JMAAW15


Madeline Komar
7 Lee Blvd
Malvern PA 19355


Matt McLaughlin
5311 Western Ave.
Boulder CO 80301

Shana Ellington
8817 S 3780 W
West Jordan UT 84088


Susan Smedley
3000 Page Street
London ON N5V 5H3


Liz Meyer Brenden
3553 Crittenden St
St Louis MO 63118


Lynn Malsby
3757 Valleybrink Rd.
Los Angeles CA 90039


Kathie Gisonni
72 S. Regent Street
Port Chester NY 10573


SRINIVASAN A
# 57/C, 31st Cross,
2nd Main 7th Block jayanagar
Bangalore KARNATAKA 560082


Mary Meyer
600 Gray Street
Saint Charles IL 60174


Gaetan Drossart
234 rue de la Louvatiere
St jean de Gonville Ain 1630

Hillarie Holcomb
121 Amberleigh Dr. #303
Wilmington NC 28411


Lenny Valdberg
320 Mill Road
Edison NJ 08817


Devin Bartley
202 Patchen Ave Apt 1
Brooklyn NY 11233


David Elliott
12 Clewer Hill Rd
Windsor Berkshire SL44BS GB


Deborah Floyd
10201 Broadway Ext.
Oklahoma City OK 73114


Claudia Francis
3670 Trousdale Parkway
Los Angeles CA 90089


Graham Glass
290 Lombard St. Suite 41
San Francisco CA 94133


Jennifer Soto
333 N. Hill
Pasadena CA 91106

Yoichi Kinoshita
Komachi 2-6-27
Kamakura Kanagawa 248-0006 Japan


Brad Dunshee
8 10th St., Apt. 1804
San Francisco CA 94103


Bruce Lustigson
1630A 30th St. Suite 177
Boulder CO 80301


Basil Sanders
4/A1 albert ave Chatswood
Sydney NSW 2067 Australia


Christine Estevez
520 N. Croft Ave, apt #304
West Hollywood CA 90048


Mansoor Abulhoul
POBOX 1155
Dubai Dubai 1155 AE


Brett Feinstein
1011 East Main Street Suite 224
Richmond VA 23219


Ahmed Kaki
Madina Road
Jeddah Western 21446 SA

Michael Iversen
Nordborgvej 81
Nordborg DK 6430 DK


Josef Akkawi
Al Garhoud Star, Office 107
Dubai Al Garhoud 30057 AE


Michael McKay
17403 N 167th Dr
Surprise AZ 85374


Swastie Maharaj
19 Crocodile Road Emmarentia
Johannesburg Gauteng 2195 ZA


Vanessa Leon
2415 N. Albany Ave. Unit 1
Tampa FL 33607


Iris Montgomery
1470 Alice Street #401 401
Oakland CA 94612


Scott Walton
338 Scott St
San Francisco CA 94117


Gal Biran
6 HaNehoshet st.
Tel Aviv Israel 6971070 IL

Camille Bloch
148 Avenue des aubépines
Bruxelles Uccle 1180 BE


Ravi Chiripurapu
5118 Sunburst way 202
Mason OH 45040 US


Chris Holder
PO Box 305
Eastman GA 31023


David Demer
3308 Winthrop Cir
Marietta Ga 30067


Caroli Young
1 Clarkson Lake Ct
Chesterfield MO 63017


Steven Laird
3676 Rawhide Circle
Castle Rock CO 80104 US


Charmalan Wrencher
1000 Queen Anne Ave N #301
Seattle WA 98109


Keith Doerge
1492 Oddstad Drive
Redwood City CA 94063


Larry Wedgewood
80 Belmead Gardens
Edmonton AB T5T1J1 CA

Ching Liang Fung
16 Caballeros Road
Rolling Hills CA 90274


Malcolm Davidson
27D Short Loanings
Aberdeen Aberdeen AB25 2TA GB


Myrna Haykal
Jal el Dib Mezher Jal el Dib
Mount Lebanon 961 LB


Miguelina Estevez
192 Lockwood Avenue
Yonkers NY 10701 US


Rachel Whitworth
1127 West Chester Pike
West Chester PA 19382


Jill Leaym
217 Grandville Ave SW Suite 302
Grand Rapids MI 49503


Giacomo Alpago
19 Draycott Avenue
London London SW3 3BS GB


Hanou Amendah
190 Chignal Road
Chelmsford Essex Cm1 2JE GB

Barbara Walbank
Pittman Way Fulwood Preston
Lancashire PR2 9ZD GB


Michael Freedman
152 Madison Avenue Suite 1003
New York NY 10016


Cheryl Agoglia
31 W Main Street
Freehold NJ 7728


Diogo Vidigal
Rua Dr José Joaquim
Almeida Nº38D - 2Esq
Oeiras Lisbon 2780-337 PT


Joseph Williams
123 W. Bloomingdale Ave #421
Brandon FL 33511


Maurizio Capuzzo
1 Vista Montana Apt 5414
San Jose' CA 95134


Taylor Jones
2549 Eastbluff Dr #251
Newport Beach CA 92660


Rick Crain
6815 Prestonshire LN
Dallas TX 75225

Dada Yarborough
824 Morningwood Lane
Kennesaw GA 30152


Michael DiNapolis
432 E Redbud Drive
Slidell LA 70458


Jeffrey Brantley
5694 Somerset Blvd
Bargersville IN 46106


Jayne Okoronkwo
19 Adekunle Fajuyi Crescent Ikeja
Lagos Lagos 100282 NG


Mohammad Nezami
2 TW Alexander Drive
Durham NC 27709


Dan NoÃ«l
Rue Louis Favre 34
NeuchÃ¢tel NE 2002 CH


Marc Bane
46 Sexton Street
Sudbury MA 01776


Elaine Schoch
747 S. Corona St
Denver CO 80209

Margaret Ross
PO Box 2261
Peachtree City GA 30269


Charlene Vital
P.O. Box 1873
West Covina CA 91793


Robert Bielecki
PO Box 745
Suffield CT 06078


Awad Sayeed
1160 Battery Street, Suite 40
San Francisco CA 94111


Tim Doyle
515 Post Oak Blvd.
HOUSTON TX 77027


Erin Speakman
40501 Calle Medusa
Temecula CA 92591


Debra Wegrzyn
1517 Potter Drive
Columbia TN 38401


Stacy Sherman
213 E Highland Ave
Fort Atkinson WI 53538

Chelsea Walters
1910 Mcyntyre
Regina SK s4t 2p5 CA


Na'im McKee
2199 South University Blvd 122
Denver CO 80210


Scott Macaluso
1761 W. Hillsboro Blvd Suite 409
Deerfield Beach FL 33442


Alia Gebelin
1894 Whispering Cir
Henderson NV 89012


Karen Reilly
119 Edge Hill Dr
Fort Mill SC 29715


Margaret Steimer
1022 Texan Trail #1108
Grapevine TX 76051


Janet Nicholas
21 Adams Drive
Stow MA 01775


Scott E. Lee
902 Morse Ave
Schaumburg IL 60193

David Witt
125 State Place
Escondido CA 92029


Kedra Hood
8515 E. Orchard Rd.
Greenwood Village CO 80127


Claudia Paul
Sommerstr. 42
MÃ¼nchen BY 81543 DE


Bryan Peguero
3034 Gomer St
Yorktown Hts NY 10598


Rebecca Ball
4136 South McCann Court
Springfield MO 65804


Scott Mullins
1160 Battery Street
San Francisco CA 94111


Tracy Woodall
52B Jopena Blvd
Hoschton GA 30548


Laxman M
10/11 Erande Garden, 24 Shivalay
Society Pashan Sus Road Pune
Maharashtra 411031 IN

Kelly Collins
537 W. 149th Street Apt. 31
New York NY 10031


Doug Houlahan
30 Verissimo Drive
Novato CA 94947


Jon Burkhart
67 Woodfield Road
London London W51SR GB


Vinod Pillai
1/11 Eulogy Place, Randwick Park
Auckland Auckland 2105 NZ


Ailsa Leadbetter
Munterslaan 15
Haarlem Noord Holland 2015KA NL


Jeff Spicer
21 Uranus Terr
San Francisco CA 94114


Nicole Johnson
158 West 29th
New York NY 10001


Ilya Portnov
3233 Judah street
San Francisco CA 94122

Timothy Rote
24790 SW Big Fir Rd
West Linn OR 97068


Sue Robbins
81 Reeve Drive
Markham ON L3p6c5 CA


Deirdre Anne Fitzpatrick
Unit 7-8 Linden House 96 Beechill Road
Belfast County Antrim BT8 7QN GB


Sandra Niebak Pedersen
Stentpoftvej 1
Vildbjerg DK 7480 DK


LUIS FELIPE F DO COUTO
Rua Dr. Diogo de Faria 775 CJ 121
Sao Paulo SP 04037-002 BR


Karen Brown
65 Loverock Road
Reading Berkshire RG30 1DZ GB


Dominique Carmel-Tremblay
369 Berri
Montreal QC H2Y 3E1 CA


Geoffrey Groff
7957 W Bayhill Ct.
Boise ID 83704

Michael Wilson
3208 Mynah Ave
McAllen TX 78504


Vincent Giglotti
23284 Morning Walk Dr
Ashburn VA 20148


Laura Patten
PO Box 565
Boulder CO 80306


Sabrina Keilch
1875 Jacqueline Way
Concord CA 94519


Wiladys Castillo
871 Coronado Center Drive, Ste 200
Henderson NV 89052


Shane Donofrio
12343 Helen Fowlers Pl
Hughesville MD 20637


Russell Porter
2 Ardsley Place
Rockville Centre NY 11570


Ryan Weckerly
308 Merry Oaks Dr.
Sycamore IL 60178-1060

Felipe Servin
225 Bush Street Floor 12
San Francisco CA 94104


Nathalie Dupont
1000 SE 4th Street Apt 127
Fort Lauderdale FL 33301


Fred Mouawad
Itorama Consulting, 431 Soid Pradu 1,
Charoenkrung
Bangkholeam, Bangkok 10120 TH


Lauren Davidson
39821 Foxglove Ct
Lovettsville VA 20180


Lisa Davis
13 Frere Pilgrim
Christ Church Barbados 17003 BB


Shana Thomas
5000 Quorum Drive Suite 700
Dallas TX 75254


Donna Greulich
14 Westridge Drive
Hampton NH 03842


Jeffrey Brewer
3124 Corte Hermosa
Newport Beach CA 92660

Rock Dehon
Rue des Anciens-Etangs 55
Brussels NY 1190 BE


Serina Jones
13200 Moorpark St 102
Sherman Oaks CA 91423


Milina Ã„strÃ¶m
Observatoriegatan 17 c/o cron
stockholm sweden 1329 SE


John Coe
11567 Desert Willow
Scottsdale AZ 85255


Rafael Ochoa
8 Old Flint
Hockessin DE 19707


Roberto Jasinski
Italia 5043 Nordelta Tigre
1621 AR


Suzan Sugar
3851 Gilbert Dr.
Shreveport LA 71104


Leona Griffin
1866 Colonial Village Road Suite 106
Lancaster PA 17601

Lauren Burke
8611 W. Knights Griffin Road
Plant City FL 33565


Paul Lanyi
518 Whiting Street
El Segundo CA 90245


Joseph Hutchison
3048 Charlwood
Rochester Hills MI 48306


Belinda Suntop
1716 Gladstone Ave
San Jose CA 95124


Kristin Hanley
181 Warren Ave Apt 1
Boston MA 02116


Yi Sze Jee
Blk30 Bukit Batok Street 21 #10-08
Singapore Singapore 659636 SG


Mike Manning
2128 Surrey Lane
McKinney TX 75070


Shawn Schaefer
517 Lowe Dr
Placentia CA 92870

Charles Denyer
2897 N. Druid Hills Road Suite 355
Atlanta GA 30329


Eddie Burnett
634 N Jackson
Kewanee IL 61443


June Koppelman
19723 E Harvard Dr
Aurora CO 80013


Angie Harris
13411 Briar Forest Drive #3071
Houston TX 77077


Zara Martirosyan
The Views
Dubai Dubai NA AE


Joachim Bochmann
BBS-ITS Marketing, Sales &amp;
Communication
Leverkusen NW 51368 DE


Nicholas Jankowski
50 Fountain Plaza Suite 1400
Buffalo NY 14202


Bruno De Angeli
Silvestre Blanco 2524 /103
Montevideo Montevideo 11300 UY

Charis George
493 Haight St. #306
San Francisco CA 94117


Paola Realpozo
1387 Fairport Road Building 900
Fairport NY 14450


Philip Kendall
191, Newtown Road
Bedworth UK CV12 8QG GB


Danielle Darby
5186 Fulton Street NW
Washington DC 20016


Michelle Post
20320 True Vista Circle
Monument CO 80132


Christopher Kramer
82 Elmwood Rd
Verona NJ 07044


Elizabeth Green
12415 NE 65th Lane
Kirkland WA 98033


Denise Wu
307 Atlantic Ave Apt 3B
Brooklyn NY 11201

Ann Wiens
10937 S. 93rd E. Ave.
Tulsa OK 74133


Dianne Lowe
108 Myrtle St 6th Floor
Quincy MA 02171


Rosemary Wright
109 Shamrock Street
Concord NC 28025


Virginia Whitehead
7 Deer Valley Lane Unit 3
Vernon NJ 07462


Paola Garcia Isaak
Pinnemanstraat 20
Lokeren Flanders 9160 BE


Darryl Peddle
6939 14th Avenue
Markham
L6B 0C7 CA


Micah Cooksey
2709 NE McDonald Ln
McMinnville OR 97128


Daniel Lewis
495 Vincente Ave.
Berkeley CA 94707

Stefan VikstrÃ¶m
Bror Nilssons Gata 5, 4tr
GÃ¶teborg VÃ¤stra GÃ¶taland 41755 SE


Scott Millar
6092 Cormoran
Brossard QC J4Z0C4 CA


Bonnie Richards
1 Balwyn Place
Bala Cynwyd PA 19004


Katherine C Byrne
82 Estates Dr.
Orinda CA 94563


Paula Ilabaca
109 E 42nd Street
New York NY 10023


James Catherall
5 Alwyn Close
Mold Flintshire CH7 1sh GB


Julia Henning
42285 Business Park Drive Ste 220
Temecula CA 92590


Jairo Boekhoudt
Paradera Matividiri 17a
Oranjestad AA 0 AW

Zed Williamson
73100 E Stadium Dr
Covington LA 70433


William Antoskiewicz
5748 Bartlett Blvd
Mound MN 55364


Robert Romine
1250 Executive PL Suite 601
Geneva IL 60134


Jackie C Weber
1818 Marilyn Drive
Clearwater FL 33759


Gabriel Perez Benlloch
Ronda de Nelle
A CORUNA A Coruna 15005 ES


Fang Martin
4705 S Jackson Ave
Joplin MO 64804


Malecia Marzo
3896 Ridgewood Dr. SE
Smyrna GA 30080


Mary Camacho
1629 Downing Street
Denver CO 80218

Christina Park
425 Aviation Blvd.
Santa Rosa CA 95403


Myriam Joseph
120 Pleasant Street
Cambridge MA 02139


David Rigg
4652 Allen Drive
Carmel IN 46033


Suzanne Eikel
265 Stetson Drive
Danville CA 94506


Deirdre Walsh
5011 Avenue F Unit B
Austin TX 78751


Kevin Andersen
14355 Raneys Lane
Orland Park IL 60462


Patsy Russell
7251 Alabama Hwy 75
Horton AL 35980 US


Urania Li
10/F
Hong Kong Hong Kong 0 HK

Stephanie Cohen
2400 Latham Court
Midlothian VA 23113


Mallory Thomas
3326 Bent Grass Dr
Valrico FL 33596


Dhriti Khattar
CU-74, Pitampura, Delhi.
Delhi New Delhi 110034 IN


John Seeker
12900 Senlac Dr., Suite 100
Dallas TX 75234


Nancy Willis
6A Seymour Road, Flat 2A
Hong Kong None 0 HK


Jason Broyles
1901 10th St.
Plano TX 75074


Natasha Howes
6, Thorney Road
Streetly West Midlands B74 3HT GB


Michael Quillerat
58 Aquarius Drive
FRANKSTON VIC 3199 AU

Kurt Keesy
264 Remington Loop
Danville CA 94526 US


Thi Xuan An Nguyen
MÃ¤ntylÃ¤ntie 3F84
Joensuu Karelia 80220 FI


Gabriela Martorell
Blvd Diaz Ordaz #270
Monterrey Nuevo Leon 64650 Mexico


Sandrina Micale
Danislaan 26
Beersel Flemish Brabant 1650 BE


Jeannette Abboud-Niemczyk
5100 Township Line Rd.
Drexel Hill PA 19026


Leo Nagata
8400 Oceanview Ter. Apt. 202
San Francisco CA 94132


Rob Johnston
31 Fairleigh Crescent
Hamilton ON L8M2l1 CA


Anna SÅ‚owik
ChÅ‚odna 51
Warszawa Mazowieckie 00-867 PL

Martina McCann
9600 Garsington Road
Oxford Oxfordshire OX4 2DQ GB


Julie Wisdom
711 SW Alder Suite 200
Portland OR 97205


Douglas Breuer
3155 Medlock Bridge
Norcross GA 30071


Roberto Palomo
13 Calle Pte #4427 Col Escalon
San Salvador San Salvador 1188 SV


Leslie Smith
1165 Tallgrass Court
Kennesaw GA 30152


Wendy Gomes
3475 Dalwood Drive
Suwanee GA 30024


Brett Ward
2 The Collonades 17 London Road
Pulborough West Sussex RH20 1AR GB


Khurram Mughal
73 Thatch Leach Lane
Lancashire Manchester M45 6EN GB

William Harrison
PO Box 110
Colton CA 92324


Manuel Morales
P.O. Box 195434
San Juan PR 919 PR


Serge Daigneault
1355 Chemin du Grand Ruisseau
St-Sauveur QC J0R 1R1 CA


Suthesh Kumar
8-3A-2, Block 8, Bukit OUG Condominium,
Jalan 3A/155 Kuala Lumpur
Wilayah Persekutuan 58200 MY


Nicole Malik
3239 Satellite Blvd
Duluth GA 30096


Fanette Singer
1711 General Electric Road
Bloomington IL 61704


Karen Cooper
1284 Brennan Court
Erie CO 80516


Riyaz Lakhani
RH10, Princeton Town, Kalyani Nagar
Pune Maharashtra 411006 IN

Christopher Sendi
5425 Duke Street
Alexandria VA 22304


Ritesh Shah
8 Kahan Nagar Society N C Kelkar Road
Dadar West Mumbai maharashtra 400028 IN


Alan Rihm
205 Cypress Lane
Hatboro PA 19040


Paul McMeekin
17609 Corby Circle
Omaha NE 68116


Shi Bu
3525 43rd East St.
Minneapolis MN 55406


Humaira Bourne
715 East Lawn
Celebration FL 34747


Caroline Mues
3717 Coit Avenue NE
Grand Rapids MI 49525


Sherry Osegueda
5385 Peachtree Dunwwody Rd #1131
Altanta GA 30342


Steven Johnson
Level 2 122 Pitt Street
Sydney NSW 2000 AU

James Anderson
480 W 900 N
Pleasant Grove UT 84062


Meryem Gürtunç
Esentepe Yolu 10.km
Girne Girne Mersin 10 TR


Patricia Graner
303 S. Broadway, Suite 200-410
Denver CO 80209


Sonali Engineer
230-4005 Don Mills Road
Toronto ON M2H 3J9 CA


Wendy Rigoux
13 Rust Street St Clair
Port of Spain Port of Spain 0 TT


Brian Oleksa
4060 S. 500 W. Ste 6
Salt Lake City UT 84098


Bradley Chesla
10 Ella Mae Lane
Enniskillen ON L0B1J0 CA


Mallory Hansen
802 West Bannock Street Suite 1400
Boise ID 83702

Patrick Lui
Hong Kong
Hong Kong Hong Kong 0 HK


Diane Rutledge
548 Tomahawk Court
Palm Beach Gardens FL 33410


Dexter Wilson
841 Smith Street
Providence RI 02908


Steven Bass
17460 N. 79th St.
Scottsdale AZ 85255


Patrice Gianni
2900 West Horizon Ridge Parkway Suite 200
Henderson NV 89052


Boris Stoitchkov
46 Gen. Skobelev blvd.
Sofia Sofia City 1606 BG


Roland Frasier
4330 Gaines Ranch Loop, Suite 120
Austin TX 78736


Xiaoya Ma
1658 25TH AVE
San Francisco CA 94122

Samir Jhaveri
209, Laxmi Plaza
New Link Rd, Andheri W,
Mumbai MH 400053 IN


Jeannette Yee
55 Hope Street Apt 507
Brooklyn NY 11211


Nmcghee Osse
1628 North Hermitage
Chicago IL 60622


Giovanna Cracchiolo
1470 Lincoln Ave., #5
San Rafael CA 94901


Emily Lebowitz
6725 Ridgecliff Drive
Solon OH 44139


Aldo Febro
7201 SE 29 ST
Mercer Island WA 98040


Dirk Nicol
1403 Timber Wolf Dr
Durham NC 27713


Chris Cavanaugh
10789 Calle mar de Mariposa
San Diego CA 92130

Amy Hicks
1447 Peachtree Street NE, Ste. 850
Atlanta GA 30309


Sachin Patil
C1 #806 Rahul Park Warje Pune
Maharashtra 411058 Pune
Maharashtra 411058 IN


Genna Gallegos
2450 Larimer St. Suite 100
Denver CO 80205


John Homer
108 Forest Lane
Cheshire CT 06410


Andre Schindler
33 N. Garen Ave, Suite 975
Clearwater FL 33755


Brie Rogers
137 Commerce Park Drive
Westerville OH 43082


Beverley DCruz
23 Rean Drive
North York ON M2K0A5 CA


David Fesperman
2750 E Southlake Blvd, Ste 150
Southlake TX 76092

SRINIVASAN A
# 57/C, 31st Cross,
2nd Main 7th Block Jayanagar
Bangalore KARNATAKA 560082


Scott Walton
338 Scott St
San Francisco CA 94117


Jonathan Gross
1344 Silas Deane Hwy
Rocky Hill CT 06067


Alison Branco
5456 Dumfries St
Vancouver BC V5P 3A4
CA


Keri Aroesty
976 S Westgate Avenue
Los Angeles CA 90049


Iris Patten
1470 Alice Street #401
Oakland CA 94612


Bala Subamanian
Itihad rd deira dubai
Dubai
CA


Allie Stark
325 Park View Terrace# 25
Oakland CA 94610

Andia Winslow
The Fit Cycle
PO Box 30137
New York New York 10011


Barbara Biziou
3 Sheridan Square, 10H
New York New York 10014


Cate Costa
Venture Catalyst Consulting, LLC
4445 Corporation Lane, STE 264
Virginia Beach VA 23462


Celia Ward-Wallace
4206 Halldale Avenue
Los Angeles CA 90062


Chris White
7229 Wilton Avenue
Sebastapol CA 95472


Christine Hassler
Christine Hassler, Inc.
318 S. Kenter Ave
Los Angeles CA 90024


Frances Cole Jones
Cole Media Management
PO Box 61
Bridgehampton NY 11932


Holli Thompson
PO Box 2033
Middleburg VA 20118

Jennifer Osbon, Inc
3001 Prestwyck Haven Drive
Duluth GA 30097


Kenneth Folk
3 Wendover Ln
New City NY 10956


Kerri Glassman
353 Lexington Ave, Suite 704
New York NY 10016


Lili Balfour
Atelier Advisors
155 Harriet Street #2
San Francisco CA 94103


Miki Agrawal
163 N. 6th Street, #B14
Brooklyn NY 11211


Neal Schaffer
14271 Jeffrey Road, Suite 117
Irvine CA 92620


Nitika Chopra
Bella Life, Inc.
109 West 82nd Street
New York, NY 10024


Paula Rizzo
333 East 66th Street, Apt. 12K
New York, NY 10065

Rochelle Schieck
1042 Oakwood Ave
Venice CA 90291


Rohit Bhargava
Influential Marketing Group
2902 Dorian Drive
Oakton VA 22124


Ryan Weiss
1306 1/2 North Harper Ave.
West Hollywood CA 90046


Shauna Shapiro
116 Belvedere Drive
Mill Valley CA 94941


Stephan Labossiere
1085 Lewis Ridge Circle
Lawrenceville GA 30044


Terri Trespicio
243 West End Ave, Apt. 514
New York, NY 10023


Wendy Walsh
Puspowpro, Inc.
171 Pier Avenue, Suite 393
Santa Monica CA 90405


California State Board of Equalization
Account Reference Group MIC 29
P.O. Box 942879
Sacramento, CA 94279-0029

CA Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


CA Franchise Tax Board
Special Procedures Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952


California Franchise Tax Board
PO Box 942857
Sacramento, CA 942857-0501


California Secretary of State
1500 11th Street
Sacramento, CA 95814-5701


Chief Tax Collection Section
Employment Development Section
PO Box 826203
Sacramento, CA 94230-0001


Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Office of the U.S. Trustee/SF
235 Pine Street
Suite 700
San Francisco, CA 94104-2745


Secretary of State of California
Business Entities
PO Box 944228
Sacramento, CA 94244-2280


State of California Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Securities Exchange Commission
Attn: General Counsel
100 F Street NE
Washington, DC 20549-2001


Securities Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-2934


U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0009


Health Net
Health Net File #52617
Los Angeles, CA 90074-2617

IPFS Corporation
P.O. Box 100391
Pasadena, CA 91189-0391


Principal Financial Group
P.O. Box 10372
Des Moines, IA 50306


Startcapps Mobile S.L
C/ Isable Colbrand 10
Madrid, 20850 Spain


The Hartford 2
P.O. Box 660916
Dallas, TX 0916


BlackWater Ops
356 S. Farmer Ave.
Tempe, AZ 85281


BMA-Colorado
2459 So. Ammons Street
Lakewood, CO 80227


Dances With Light
1020 Ebert Street
Oakland, CA 94602


Influential Marketing Group
2902 Dorian Drive
Oakton, VA 22124

Insider News Group
P.O. Box 459
Malvern, PA 19355


Jake Schiff
965 Sapphire Street
San Diego, CA 92109


Marketo
901 Mariners Island Blvd.
San Mateo, CA 94404


Alex Karp
One Designation AB
Aplerod 144
Odsmal 44496 Sweden


Rogers Joseph O'Donnell
311 California Street, 10th Floor
San Francisco, CA 94104


Salesforce
One Market Street, Suite 300
San Francisco, CA 94105


Visual Medial Alliance
P.O. Box 7239
San Francisco, CA 94120


OMC
Aaron Kahlow
322 Presidio Ave., Unit 1
San Francisco, CA 94115

Pacific Sequioa Holdings, LLC
Attn: Alan Chang
250 University Avenue, #400
Palo Alto, CA 94301


Learn Capital
Attn: Paul Strange
20 E. 3rd Avenue
San Mateo, CA 94401


EVC Twenty Holdings LLC
Attn: Ryan Melohn
250 W. 57th Street
Room 1401
New York, NY 10107


Rockstar Group
Attn: Mike Walsh
720 California Street
San Francisco, CA 94108


Joseph Garner
3668 Mississippi Street
San Diego, CA 92104


SD Squared Holdings Limited
Attn: Sachin Duggal
301 Mission Street
San Francisco, CA 94105


Box Group LLC
Attn: Adam Rothenberg
41 Union Square West
New York, NY 10003


WGI Group LLC
Attn: Noah Goodhart
63 Madison Avenue
28th Floor
New York, NY 100101

Summit Mountain Holding Group LLC
Attn: Greg Mauro
3632 N. Wolf Creek Drive
Eden, Utah 84310


Leland Investments Inc.
Attn: Mark Ein
509 7th Street NW
Washington, DC 20004


Jonathan Segal
20659 Rockcroft Drive.
Malibu, CA 90265


Jed Investments LLC
Attn: Justin Dangel
91 Beacon Street, Unit 1
Boston, MA 02108


Nick Winstone
PO Box 106294
Auckland City, Auckland 1143
New Zealand


Michael Chasen
8917 Holly Leaf Lane
Bethesda, MD 20817


American Express – Credit Cards
Attn: Billing Department
PO Box 360001
Fort Lauderdale, FL 33336


Jeremy Hinman Revocable Trust
1755 Filbert Street
San Francisco, CA 94123

Radha Agrawal
101 Bedford Avenue, B306
Brooklyn, NY 11211


Alt Option Return, LLC
Attn: David Kidder
Bionic 4 Columbus Circle
New York, NY 10019

Case: 16-30390   Doc# 1   Filed: 04/12/16   Entered: 04/12/16 12:37:21   Page 78 of 79

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration     Creditor Mailing Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     4/12/2016              ✗
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        Ingrid Sanders
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor