DONNA S. TAMANAHA (WI# 1013199)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: donna.s.tamanaha@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ) | Case No. 16-30390 HLB |
| ) | |
| PopExpert, Inc., ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**APPOINTMENT OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned case:

1. Learn Capital Venture Partners II, L.P.
   620 Congress Ave., STE 200
   Austin, TX 78701

2. Pacific Sequoia Holdings, LLC.
   250 University Ave., Suite 300
   Palo Alto, CA 94301

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS    -1-

3. Michael Angiletta

Dated: May 5, 2016

TRACY HOPE DAVIS
UNITED STATES TRUSTEE
/s/Donna S. Tamanaha
Assistant United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS     -2-