Signed and Filed: June 6, 2016

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
MATT R. KLINGER, Cal. Bar No. 307362
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: okatz@sheppardmullin.com
       rsahyan@sheppardmullin.com
       mklinger@sheppardmullin.com

Counsel for Debtor PopExpert, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PopExpert, Inc.,<br><br>            Debtor. | Case No. 16-30390<br><br>Chapter 11<br><br>**ORDER AUTHORIZING THE DEBTOR'S RETENTION OF KYLE EVERETT OF DEVELOPMENT SPECIALISTS, INC. AS ITS CHIEF RESTRUCTURING OFFICER**<br><br>Date: May 19, 2016<br>Time: 3:00 p.m.<br>Place: 450 Golden Gate Avenue<br>       16th Floor, Courtroom 19<br>       San Francisco, CA 94102<br>Judge: Honorable Hannah L. Blumenstiel |

The *Application for Entry of an Order Authorizing the Retention of Kyle Everett of Development Specialists, Inc. As its Chief Restructuring Officer* (the "Application"), filed by debtor and debtor-in-possession, PopExpert, Inc. (the "Debtor") on April 26, 2016 as Docket No. 32, came before the Court for hearing at the above-referenced date and time (the "Hearing"). Appearances were as noted on the record. Subsequent to the hearing, the Debtor filed its *Supplement to Application for Entry of an Order Authorizing the Retention of Kyle Everett of Development Specialists, Inc. as its Chief Restructuring Officer* (the "Supplement") on May 26, 2016 as Docket No. 70. Based upon the Court's review of the Application, the Supplement, the declarations and other pleadings filed in support of the Application, the arguments at the hearing on the Application, and all pleadings and evidence of record in this case,

IT IS HEREBY ORDERED THAT:

1. The Application, as modified and supplemented by the record at the Hearing and by the Supplement, is GRANTED. Capitalized terms not defined in this Order shall have the meanings given to them in the Application.

2. The Debtor is authorized to employ, as of the Petition Date, Kyle Everett, as a Chief Restructuring Officer for the Debtor on the terms set forth in the Engagement Letter and the Application, as each is modified and/or supplemented by the Supplement and the record at the Hearing.

**\*\* END OF ORDER \*\***

*APPROVED AS TO FORM:*

OFFICE OF THE UNITED STATES
TRUSTEE

By       /s/ Julie Glosson
         JULIE GLOSSON
         Trial Attorney

PACHULSKI STANG ZIEHL & JONES LLP

By _____
    JOHN FIERO
    Counsel for the Official Committee
    of Unsecured Creditors

SMRH:477712556.2                                                                                    ORDER