SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
ROBERT K. SAHYAN, Cal. Bar No. 253763
MATT R. KLINGER, Cal. Bar No. 307362
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        okatz@sheppardmullin.com
              rsahyan@sheppardmullin.com
              mklinger@sheppardmullin.com

Counsel for Debtor Old PXPRT, Inc.,
f/k/a PopExpert, Inc.

*Signed and Filed: December 5, 2016*

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Old PXPRT, Inc., f/k/a PopExpert, Inc.,<br><br>            Debtor. | Case No. 16-30390<br><br>Chapter 11<br><br>**ORDER APPROVING GLOBAL SETTLEMENT OF DISPUTES**<br><br>Date:   December 1, 2016<br>Time:  10:00 a.m.<br>Place:  United States Bankruptcy Court<br>         450 Golden Gate Avenue<br>         Courtroom 19<br>         San Francisco, CA 94111<br>Judge: Honorable Hannah L. Blumenstiel |

This matter came before the Court on the *Motion for Order Approving Global Settlement of Disputes* (the "Motion") [Dkt. No. 102], filed by Old PXPRT, Inc. f/k/a PopExpert, Inc. (the "Debtor"). The Motion seeks an order approving a settlement (the "Settlement") pursuant to a *Global Settlement Agreement* (the "Settlement Agreement") by and among the Debtor and Ingrid Sanders ("Sanders"), on the one hand, and Aaron Kahlow ("Kahlow") and OMC, a California corporation ("OMC"), on the other hand. A copy of the Settlement Agreement was attached as an Exhibit to the Motion. Unless otherwise specified, capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

Having considered the Motion, the pleadings filed in support of the Motion, and all other relevant papers of record in this case, and sufficient and adequate notice of the Motion having been given, and no objections to the Motion having been filed, and after due deliberation and sufficient cause appearing therefor,

THE COURT FINDS THAT:

A. The manner in which notice of the Motion was provided to all parties entitled to such notice was adequate, appropriate, reasonable and sufficient for all purposes and is approved.

B. The compromises and settlements set forth in the Settlement Agreement are fair, equitable, and reasonable to, and are in the best interest of, the Debtor and its creditors.

C. Good and sufficient business justification exists for the resolution of the disputes as contemplated under the Settlement Agreement.

D. The Settlement Agreement was negotiated at arm's length and in good faith.

Based on the foregoing, and for the reasons stated in the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted and the Settlement pursuant to the Settlement Agreement is approved in its entirety.

1     2.    The parties to the Settlement Agreement are authorized to enter into such other agreements and documents as are necessary to effectuate the Settlement.

3.    The Motion is granted pursuant to section 363(b) of the United States Bankruptcy Code, 11 U.S.C. §§, 101 *et seq.*, and Rules 9019 and 6004 of the Federal Rules of Bankruptcy Procedure.

4.    The fourteen (14) day stay of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived, so that this Order is effective immediately upon entry.

The Court retains jurisdiction over the matters arising from or related to the interpretation or implementation of this Order.

**\*\*\*END OF ORDER\*\*\***

SMRH:479995344.2                       ORDER APPROVING SETTLEMENT